# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN ANDREW MEHL, | : | |
|     Petitioner, | : | |
| | : | No. 1:19-cv-1357 |
| v. | : | |
| | : | (Judge Rambo) |
| SCI SMITHFIELD, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 10th day of September 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(2) without prejudice to Petitioner's right to seek pre-authorization to file a second or successive petition from the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 2244(b)(3);

3. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                  s/Sylvia H. Rambo
                                                  Sylvia H. Rambo
                                                  United States District Judge